Cases which pointedly support our conclusion herein are: Traders & General Ins. Co. v. Shanks (Tex.Civ.App. Writ. ref.) 83 S.W.(2d) 781, and numerous authorities there collated.

Opinion adopted by the Supreme Court.

## WELCH v. STATE.
### No. 19122.

Court of Criminal Appeals of Texas.
June 2, 1937.
Rehearing Denied June 25, 1937.

Theo Koenig, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, three years in the penitentiary.

The record is here without bills of exceptions or statement of facts. All matters of procedure appear regular.

The judgment is affirmed.